FILED
JUN 2 4 2014
Page 1 of 5
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
## for the Eastern District of North Carolina
## Western Division (Raleigh)

Stephen Thomas Yelverton
*Plaintiff/Petitioner*

v.

Yelverton Farms, Ltd. And Phyllis Y. Edmundson
*Defendant/Respondent*

Civil Action No. 5:14-CV-365

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

### Affidavit in Support of the Application

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: *Stephen Thomas Yelverton*   Date: 6-23-14

### Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Self-employment | $ 200 | $ N/A | $ 0 | $ N/A |
| Income from real property (such as rental income) | $ 0 | $ N/A | $ 0 | $ N/A |
| Interest and dividends | $ 0 | $ N/A | $ 0 | $ N/A |
| Gifts | $ 0 | $ N/A | $ 0 | $ N/A |
| Alimony | $ 0 | $ N/A | $ 0 | $ N/A |
| Child support | $ 0 | $ N/A | $ 0 | $ N/A |

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 900 | $ N/A | $ 900 | $ N/A |
| Disability *(such as social security, insurance payments)* | $ 0 | $ N/A | $ 0 | $ N/A |
| Unemployment payments | $ 0 | $ N/A | $ 0 | $ N/A |
| Public-assistance *(such as welfare)* | $ 0 | $ N/A | $ 0 | $ N/A |
| Other *(specify)*: | $ 0 | $ N/A | $ 0 | $ N/A |
| Total monthly income: | $ 900 ~~0.00~~ | $ N/A 0.00 | $ 900 ~~0.00~~ | $ N/A 0.00 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Self | 601 Penna. Ave., N.W. Suite 900 South Wash, DC 20004 | 6-12 through 6-14 | $ 200 |
| — | | — | $ — |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ N/A |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ less than $100

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| TD Bank | checking | $ less than $200 | $ N/A |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home (Value) | $ 0 |
| Other real estate (Value) | $ 0 |
| Motor vehicle #1 (Value) | $ 0 |
| Make and year: N/A | |
| Model: N/A | |
| Registration #: N/A | 0 |
| Motor vehicle #2 (Value) N/A | $ 0 |
| Make and year: N/A | |
| Model: N/A | |
| Registration #: N/A | 0 |
| Other assets (Value) Claims Against Yelverton Farms, Ltd. | $700,000 plus |
| Other assets (Value) Claims Against Phyllis Y. Edmundson | $300,000 plus |

I have personal debt of over $100,000

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| Yelverton Farms, Ltd | $75,000 plus | $100,000 |
| Phyllis Y. Edmundson | $ $300,000 | $ |
| | $ for breach of contract | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| Alexandra Semi de Nagy-Unyom | former wife | 30 |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home)<br>Are real estate taxes included? ' Yes ✗ No<br>Is property insurance included? ' Yes ✗ No | $ 600 | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 25 | $ N/A |
| Home maintenance (repairs and upkeep) | $ 0 | $ N/A |
| Food | $ 200 | $ N/A |
| Clothing | $ 0 | $ N/A |
| Laundry and dry-cleaning | $ 0 | $ N/A |
| Medical and dental expenses | $ 0 | $ N/A |
| Transportation (not including motor vehicle payments) | $ 75 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's: | $ 0 | $ N/A |
| Life: | $ 0 | $ N/A |
| Health: | $ 0 | $ N/A |
| Motor vehicle: | $ 0 | $ N/A |
| Other: | $ 0 | $ N/A |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ N/A |
| Installment payments | | |
| Motor vehicle: | $ 0 | $ N/A |
| Credit card (name): | $ 0 | $ N/A |
| Department store (name): | $ 0 | $ N/A |
| Other: | $ 0 | $ N/A |
| Alimony, maintenance, and support ~~paid to others~~ owed to Alexandra Senyi de Nagy-Unyom per month, plus $400,000 lump sum unable to pay | $ 17,000 | $ N/A |

Case 5:14-cv-00365-FL   Document 1   Filed 06/24/14   Page 4 of 8

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ 0 | $ 0 |
| Other *(specify)*: | $ 0 | $ 0 |
| **Total monthly expenses:** | $17,900 ~~0.00~~ | $17,900 ~~0.00~~ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ' Yes  (**No**)   If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?  ' Yes  (**No**)

    If yes, how much?  $ **NA**

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

    I was granted IFP in this Court on July 29, 2009 in Case No. 5:09cv-331, see attached order. My financial circumstances have worsened.

12. Identify the city and state of your legal residence.

    Arlington, VA

    Your daytime phone number: 202-702-6708 (mobile)

    Your age: 67   Your years of schooling: 8

    Last four digits of your social-security number: 6463

11. I have assets in North Carolina with Yelverton Farms, Ltd. which have a valuation of at least $700,000, where Defendant Edmundson has blocked me from obtaining for over 5 years. I owe $17,000 per month in domestic support to my former spouse, Alexandra Seagi de Nagy-Unyom, which I am unable to pay without recovery of my assets in North Carolina that are in the possession of Defendant Edmundson. None of my claims have been finally adjudicated by any court, only delayed with no final decision. This lawsuit is commenced in "good faith" for the purpose of bringing closure to my claims, which Defendant Edmundson has only wanted to delay and avoid a final decision.

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CV-331-FL

STEPHEN THOMAS YELVERTON, )
)
Plaintiff, )
)
v. ) **ORDER**
)
YELVERTON FARMS, LTD., PHYLLIS )
EDMUNDSON, CHARLES )
EDMUNDSON, and DEBORAH MARM, )
)
Defendants. )

This matter is before the court on plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915, which permits an indigent litigant to commence suit in federal court without paying administration costs associated with such proceedings. Plaintiff has demonstrated appropriate evidence of inability to pay the required court costs. Accordingly, plaintiff's application is allowed.

The clerk is directed to file the complaint and issue the summons prepared by plaintiff. The United States Marshal is directed to serve the summons and a copy of the complaint on defendants.

SO ORDERED, this the 29th day of July, 2009.

Robert B. Jones, Jr.
United States Magistrate Judge