IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CV-365-FL

| | |
|---|---|
| STEPHEN THOMAS YELVERTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| YELVERTON FARMS, LTD. and ) | |
| PHYLLIS Y. EDMUNDSON, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the court on plaintiff's motion for reconsideration (DE 4) of the court's reassignment order entered July 7, 2014, and on plaintiff's motion for stay (DE 5) pending resolution of the motion for reconsideration. Good cause not having been shown, plaintiff's motion for reconsideration is DENIED. As a result, plaintiff's motion for stay also is DENIED AS MOOT.

SO ORDERED, this the 9th day of July, 2014.

*/s/ Julie A. Richards*
Clerk of Court