# White&Allen, P.A.

ATTORNEYS AT LAW
P.O. Box 3169
Kinston, NC 28502

**FILED**

JUL 1 0 2014

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

JOHN C. ARCHIE
RAMSAY T. ARCHIE
RICHARD J. ARCHIE
JOHN C. BIRCHER III
JOSEPH S. BOWER
DELAINA D. BOYD
ASHLEY C. FILLIPPELI
DAVID J. FILLIPPELI, JR.
BRIAN J. GATCHEL
SHERWOOD C. HENDERSON
J. MARK HERRING
C. GRAY JOHNSEY
E. WYLES JOHNSON, JR.
MOSES D. LASITTER
WILLIAM E. MANNING, JR.
JOHN P. MARSHALL
W. LEE PERCISE III
JAMES C. PURNELL V
MATTHEW S. SULLIVAN
BRIAN Z. TAYLOR

106 S. McLewean Street
Telephone 252.527.8000
Telecopier 252.527.8128
www.whiteandallen.com



THOMAS J. WHITE, JR.
(1903-1991)
JAMES A. HODGES, JR.
(1937-1992)
WM. A. ALLEN, JR.
(1920-2001)

July 7, 2014

The Honorable Louise W. Flanagan
United States District Court
Eastern District of North Carolina
413 Middle Street
New Bern, NC 28560

Re: Stephen T. Yelverton v. Yelverton Farms Ltd., et al.
    Case No. 5:14-CV-365 in the Eastern District of North Carolina
    White & Allen File No. 99002-4

Dear Judge Flanagan:

I am writing, unfortunately, with regard to the above matter. It has come to our attention that Mr. Yelverton has filed yet another lawsuit against his sibling, Mrs. Phyllis Edmundson, and a family business, Yelverton Farms, LTD. I believe procedurally the lawsuit has been received and a Motion to file In Forma Pauperis has been filed. From our review of the Federal Court System Website, it appears this matter has been assigned to you for purposes of "continued efficient administration of justice." I imagine the case was assigned to you, since your Honor previously presided over the same allegations asserted by Mr. Yelverton in a prior action in the Eastern District in case number 05:09-CV-00331. You will recall that matter was dismissed and then later appealed by Mr. Yelverton to the Fourth Circuit, which affirmed, and then a Petition for Writ of Mandumus was filed with the United States Supreme Court, which was denied.

As officers of the Court and, in an effort to effectuate the "continued efficient administration of justice," as counsel for both Mrs. Edmundson and Yelverton Farms, I believe Your Honor should be made aware of a Gatekeeper Order that was entered by



The Honorable Louise W. Flanagan
July 7, 2014
Page 2

the Honorable Arnold O. Jones, Jr., Superior Court Judge, relating to similarly adjudicated matters and lawsuits filed by Mr. Yelverton. The Gatekeeper Order is very clear regarding the safeguards that Mr. Yelverton must take before filing any motion or any other legal document in any forum in North Carolina. I have attached a copy of that Gatekeeper Order for your reference. Mr. Yelverton has clearly not complied with the safeguards set forth in the Gatekeeper Order prior to filing his current Motion and proposed lawsuit. Furthermore, there was a companion hearing on June 27, 2014 in the District of Columbia, before the Honorable Christopher R. Cooper, case 1:13-CV-01544 on whether a similar Gatekeeper Order should be entered in the District of Columbia to stop the continued frivolous and vexatious litigation that Mr. Yelverton pursues in those forums. I find it telling that Mr. Yelverton's current, proposed Motion and lawsuit were filed just prior to this hearing in the District of Columbia.

It is our position that Mr. Yelverton's proposed Motion and lawsuit are in violation of the Gatekeeper Order previously entered by Judge Jones and his pending motion and lawsuit should be dismissed, without any further time and expense to his family, who have suffered enough of both over the last five years. As always, we will be happy to address any and all questions that your Honor may have.

With best wishes, we remain

Sincerely,

WHITE & ALLEN, P.A.

By: _____
Matthew S. Sullivan, Attorney

Enclosure

cc: Stephen T. Yelverton

MSS/lnw #5
99002-4

