EXHIBIT 1

Ex. 1

# STATE OF NORTH CAROLINA



**Department of The Secretary of State**

0 9414

RECEIVED INTO EVIDENCE

THIS ___1___ DAY OF __Oct__, 20_09_

_____
Deputy Clerk

To All whom these presents shall come, Greeting:

### I, Elaine F. Marshall, Secretary of State of the State of North Carolina

do hereby certify the following and hereto attached 2 sheets to be a true and exact copy of a Uniform Commercial Code statement, the original of which is on file and a matter of record in this office.

**Standard RA9 Debtor Search**

**Search Type:** Standard

**Search Criteria:** YELVERTON, STEPHEN T

IN WITNESS WHEREOF, I have hereunto set my hand and official seal. Done in Office, at Raleigh, this 27 TH Day of JULY in the year of our Lord 2009.

**EXHIBIT C**

_Elaine F. Marshall_
Secretary of State

# UCC FINANCING STATEMENT

File Number: 20080031459C
Date Filed: 04/04/2008 04:18 PM
Elaine F. Marshall
NC Secretary of State

## FILER INFORMATION
CONTACT INFORMATION FOR FILER:

| CONTACT EMAIL | CONTACT NAME | CONTACT PHONE | CONTACT FAX |
|---|---|---|---|
| dsoles@whiteandallen.com | White & Allen, P.A. | (252) 527-8000 | (252) 527-8128 |

SEND ACKNOWLEDGEMENT TO:

| PACKET # | CLIENTS ACCOUNT # |
|---|---|
| 97978-1 | 43265 |

| ORGANIZATION NAME |
|---|
| White & Allen, P.A. |

| MAILING ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|
| 106 S. McLewean St., P.O. Box 3169 | Kinston | NC | 28502-3169 |

| COUNTY | COUNTRY |
|---|---|
| | |

## FILE RECORD
RECORD DATA (UNIQUE SEQUENTIAL ID: 0001)

| FILING TYPE | | | |
|---|---|---|---|
| Initial | | | |
| FILERS UNIQUE ID | ALTERNATE NAME DESIGNATION | ALTERNATE FILING TYPE | |
| | | UCC | |
| ADDITIONAL INFORMATION | | | |

DEBTOR DATA    (UNIQUE SEQUENTIAL ID: 001 )

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Yelverton | Stephen | T | |
| 2d. TAX ID #: SSN OR EIN | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF | 2g. ORGANIZATIONAL ID#, if any |
| | | | |
| 1c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE |
| 3923 Ivy Terrace Ct. NW | | Washington | DC | 20007 |
| COUNTY | COUNTRY | ALTERNATIVE CAPACITY OF DEBTOR | |
| | USA | | |

SECURED PARTY DATA    (UNIQUE SEQUENTIAL ID: 001 )

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Atkinson | Wade | H. | Jr. |
| 3c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE |
| 818 Connecticut Ave. NW #700 | | Washington | DC | 20007 |
| COUNTY | COUNTRY | | |
| | USA | | |

P. 3

**4. This FINANCING STATEMENT covers the following collateral:**

1,333 shares of Yelverton Farms, Ltd. a North Carolina corporation