EXHIBIT 2

## AFFIDAVIT

I, Wade H. Atkinson, Jr., hereby declare, pursuant to 28 U.S.C. 1746 under the laws of the United States and under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

(1) That, I am a citizen of the United States and over the age of twenty one, and reside at 4530 Connecticut Ave., N.W., Suite 404, Washington, DC 2008-4513.

(2) That, I am aware that the Defendants in Case No. 13-cvs-1543, Phyllis Edmundson and Deborah Marm, and their counsel, White & Allen, P.A., have stated to this Court and to other Courts that I am the owner of 1,333.3 shares of stock in Yelverton Farms, Ltd., which were issued in the name of Stephen T. Yelverton.

(3) That, in a Settlement Agreement with Mr. Yelverton, executed August 17, 2010, in Adversary Proceeding No. 09-10051, before the U.S. Bankruptcy Court in the District of Columbia, at pages 2-3, Section (e), I renounced any interest that I might have in such stock in favor of Mr. Yelverton.

(4) That, this Settlement Agreement was Approved by the Bankruptcy Court on January 25, 2011, in Docket Entry No. 50, and is incorporated herein and attached hereto.

(5) That, if I should nevertheless be considered a stockholder in Yelverton Farms, Ltd., I would favor the Receivership and Liquidation of the corporation under N.C.G.S. Section 55-14-30 (2)(ii) on the basis that my rights and interests as a minority stockholder could not be protected by the majority stockholders in view of me not being one of their family members and being a stranger to them.

(6) That, I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on March 28, 2014.

*Wade H. Atkinson, Jr.*

Wade H. Atkinson, Jr.
4530 Connecticut Ave., N.W., #404
Washington, DC 20008-4313
Tel. 202-257-8890

State of Washington County of DC
Subscribed and sworn before me on 03/28/14 (Date)
(Notary Signature)

## CERTIFICATE OF SERVICE

I, Stephen Thomas Yelverton, Pro Se, hereby certify that a copy of the foregoing Motion to Disqualify was served this 10th day of July 2014, by U.S. Mail, First Class, postage prepaid, to the following:

John P. Marshall, Esq.
White & Allen, P.A.
P.O. Box 3169
Kinston, NC 28502-3169
 announced Counsel for the Defendants, but no Notice of Appearance has been filed

Phyllis Y. Edmundson
145 Edmundson Springs Rd.
Fremont, NC 27830

Phyllis Y. Edmundson, President
Yelverton Farms, Ltd.
145 Edmundson Springs Rd.
Fremont, NC 27830

_____
Stephen Thomas Yelverton, Pro Se