# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| Stephen Thomas Yelverton <br> *Plaintiff* <br> v. <br> Yelverton Farms, Ltd. and Phyllis Y. Edmundson <br> *Defendant* | ) ) ) Case No. 5:14-CV-365-FL ) ) ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Yelverton Farms, Ltd. and Phyllis Y. Edmundson

Date: 07/22/2014

/s/ John P. Marshall
*Attorney's signature*

John P. Marshall  NC Bar No.:16732
*Printed name and bar number*

White & Allen, P.A.
P.O. Box 3169
Kinston, NC  28502-3169

*Address*

jmarshall@whiteandallen.com
*E-mail address*

(252) 527-8000
*Telephone number*

(252) 527-8128
*FAX number*