IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No.: 5:14-CV-365-FL

Stephen Thomas Yelverton )
Plaintiff(s), )
)
vs )
)
Yelverton Farms, Ltd. and Phyllis Y. Edmundson )
Defendant(s). )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

<u>Yelverton Farms, Ltd.</u>   who is <u>Defendant</u>,
(name of party)        (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

   YES ◯    NO ⬤

2. Does party have any parent corporations?

   YES ◯    NO ⬤

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   YES ◯    NO ⬤

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

   YES ◯  NO ⦿

If yes, identify entity and nature of interest:

5. Is party a trade association?

   YES ◯  NO ⦿

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:

Signature: /s/Matthew S. Sullivan

Date: 7/22/14