# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| Stephen Thomas Yelverton )<br>*Plaintiff* )<br>v. )<br>Yelverton Farms, Ltd. and Phyllis Y. Edmundson )<br>*Defendant* ) | Case No. 5:14-CV-365-FL |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Yelverton Farms, Ltd. and Phyllis Y. Edmundson

Date: 07/25/2014

/s/ John C. Bircher, III
*Attorney's signature*

John C. Bircher, III   NC Bar No.: 24119
*Printed name and bar number*

White & Allen, P.A.
P.O. Drawer U
New Bern, NC 28563
*Address*

jbircher@whiteandallen.com
*E-mail address*

(252) 638-5792
*Telephone number*

(252) 637-7548
*FAX number*

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served the NOTICE OF APPEARANCE OF JOHN C. BIRCHER, III in the above entitled action via First Class Mail upon the Plaintiff as follows:

>Steven Thomas Yelverton
>1730 North Lynn Street, #A22
>Arlington, VA 22209

This 25th day of July, 2014.

>/s/John P. Marshall
>N.C. State Bar # 16732
>jmarshall@whiteandallen.com
>/s/Matthew S. Sullivan
>N.C. State Bar # 22343
>msullivan@whiteandallen.com
>/s/John C. Bircher, III
>N.C. State Bar # 24119
>jbircher@whiteandallen.com
>Attorneys for Defendants
>WHITE & ALLEN, P.A.
>Attorneys at Law
>P. O. Box 3169
>Kinston, N.C. 28502-3169
>Tel.: (252) 527-8000
>Fax: (252) 527-8128

99002-4/lnw