UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

STEPHEN THOMAS YELVERTON, )
)
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:14-CV-365-FL
)
YELVERTON FARMS, LTD and )
PHYLLIS Y. EDMUNDSON, )
)
        Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion to dismiss, plaintiff's motions to amend, for a determination of stock ownership, and motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 25, 2015, and for the reasons set forth more specifically therein, plaintiff's motions to amend and for a determination of stock ownership are denied. The court grants defendants' motion to dismiss, and all of plaintiff's claims are dismissed for failure to state a claim upon which relief can be granted. Plaintiff's motion for summary judgment is dismissed as moot.

**This Judgment Filed and Entered on February 26, 2015, and Copies To:**

Stephen Thomas Yelverton (via U.S. Mail) 1730 N. Lynn St., #A-22, Arlington, VA 22209
John Pierce Marshall (via CM.ECF Notice of Electronic Filing)
Matthew S. Sullivan (via CM.ECF Notice of Electronic Filing)
John C. Bircher, III (via CM.ECF Notice of Electronic Filing)

February 26, 2015                               JULIE RICHARDS JOHNSTON, CLERK
                                                    /s/ Susan W. Tripp
                                                    (By) Susan W. Tripp, Deputy Clerk